FILED BY ___KS___ D.C.

**May 20, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 21-60149-CR-MARRA/VALLE
CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)

**UNITED STATES OF AMERICA**

**v.**

**JESUS FELIPE LINARES ANDRADE,**

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Theft of Government Money
### (18 U.S.C. § 371)

From in or around January 2021, through on or about May 6, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESUS FELIPE LINARES ANDRADE,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly receive, conceal, and retain, with the intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000.00, namely, United States Department of Treasury stimulus checks, knowing the checks to have been embezzled, stolen, purloined, and converted, in violation of

Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy for the defendant and his co-conspirators to unjustly enrich themselves by obtaining and cashing stolen United States Department of Treasury stimulus checks.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the purpose and object of the conspiracy included, among others, the following:

1.      **JESUS FELIPE LINARES ANDRADE** and co-conspirators obtained United States Department of Treasury stimulus checks issued in the name of U.S. taxpayers that had been stolen from the mail.

2.      **JESUS FELIPE LINARES ANDRADE** delivered the stimulus checks and false identification documents to individuals so that the stimulus checks could be cashed.

3.      **JESUS FELIPE LINARES ANDRADE** received proceeds in cash from the cashing of the stimulus checks.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the co-conspirators committed or caused to be committed in the Southern District of Florida, and elsewhere, the following overt acts, among others:

1.      On or about April 15, 2021, **JESUS FELIPE LINARES ANDRADE** and a co-conspirator picked up a package containing approximately $249,000 in stolen United States Department of Treasury stimulus checks issued in the names of various United States taxpayers.

2

2.      On or about April 22, 2021, **JESUS FELIPE LINARES ANDRADE** delivered approximately $135,000 in stolen United States Department of Treasury stimulus checks for cashing for the benefit of himself and his co-conspirators.

3.      On or about April 26, 2021, **JESUS FELIPE LINARES ANDRADE** caused an email to be sent containing approximately ten identification documents for use in cashing stolen United States Department of Treasury stimulus checks.

4.      On or about May 4, 2021, **JESUS FELIPE LINARES ANDRADE** delivered over thirty identification documents and approximately $150,000 in stolen United States Department of Treasury stimulus checks for cashing for the benefit of himself and his co-conspirators.

All in violation of Title 18, United States Code, Section 371.

**<u>COUNTS 2-3</u>**
**Theft of Government Money**
**(18 U.S.C. § 641)**

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESUS LINARES ANDRADE**,

did knowingly and willfully receive, conceal, and retain, with the intent to convert to his own use and gain, money and a thing of value of the United States and of a department and agency thereof, the aggregate value of which exceeded $1,000.00, namely, United States Department of Treasury stimulus checks payable to other individuals, knowing the checks to have been embezzled, stolen, purloined, and converted, as specified in each count below:

3

| COUNT | APPROXIMATE DATE | AMOUNT OF STIMULUS CHECKS |
|-------|------------------|---------------------------|
| 2 | April 22, 2021 | U.S. stimulus checks issued to U.S. taxpayers totaling approximately $135,000 |
| 3 | May 4, 2021 | U.S. stimulus checks issued to U.S. taxpayers totaling approximately $150,000 |

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNTS 4-6
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JESUS FELIPE LINARES ANDRADE

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, theft of government money, as set forth in Counts 2 through 3, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|-------|------------------|-------------------------|
| 4 | April 26, 2021 | Name of "I.R." |
| 5 | May 4, 2021 | Name of "J.H." |
| 6 | May 4, 2021 | Name of "C.B." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE
### (18 U.S.C. § 981(a)(1)(C))

1.      The allegations in Counts 1 through 3 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which the defendant, **JESUS FELIPE LINARES ANDRADE**, has an interest.

2.      Upon conviction of any of the violations charged in Counts 1 through 3 of this Indictment, the defendant, **JESUS FELIPE LINARES ANDRADE**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and the procedures set forth in Title 21, United States Code, Section 853 made applicable by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b).

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Jesus Felipe Linares Andrade,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami ☐ Key West ☑ FTL
☐ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**_____
   List language and/or dialect **Spanish**_____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | |
|---|---|---|
| I | 0 to 5 days | ☑ |
| II | 6 to 10 days | ☐ |
| III | 11 to 20 days | ☐ |
| IV | 21 to 60 days | ☐ |
| V | 61 days and over | ☐ |

(Check only one)

| | |
|---|---|
| Petty | ☐ |
| Minor | ☐ |
| Misdemeanor | ☐ |
| Felony | ☑ |

6. Has this case previously been filed in this District Court? (Yes or No) **No**_____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**_____
   If yes: Magistrate Case No. **21-MJ-6299-Strauss**___
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **May 6, 2021**_____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**_____

_____
**Michael N. Berger**
Assistant United States Attorney
Court ID No.          A5501557

\*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>JESUS FELIPE LINARES ANDRADE</u>

**Case No**:

Count #: 1

Conspiracy to Commit Theft of Government Money or Property

Title 18, United States Code, Section 371

**\* Max.Penalty:** Five (5) Years' Imprisonment

Counts #: 2-3

Theft of Government Money or Property

Title 18, United States Code, Section 641

**\* Max.Penalty:** Ten (10) Years' Imprisonment

Counts #: 4-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max.Penalty:** Two (2) Years' Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**